# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGARET LEE and LINDA THOMPSON,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

Case No. 2:14-cv-02197-GMN-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated December 24, 2014, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **January 26, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 15th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge