JAMES E. HARPER, ESQ.
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.:  (702) 948-9240
Fax:  (702) 778-6600
E-Mail:  eservice@harperlawlv.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET LEE and LINDA THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-2197-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiffs, MARGARET LEE and LINDA THOMPSON, by and through their counsel of record, CRAIG P. KENNY & ASSOCIATES and the LAW OFFICE OF JULIE A. MERSCH, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW GROUP, that Plaintiff MARGARET LEE'S first cause of action for breach of contract, and Plaintiff MARGARET LEE'S and PLAINTIFF LINDA THOMPSON'S second cause of action for breach of the duty of good faith and fair dealing (common law bad faith) and third cause of action for violations of the

1

Nevada Unfair Trade Practices Act be dismissed, with prejudice; each party to bear their own costs and attorney fees.

The only remaining claim alleged in the Amended Complaint is PLAINTIFF LINDA THOMPSON'S first cause of action for breach of contract.

DATED this 8th day of November 2015.          DATED this 20th day of November 2015.

LAW OFFICE OF JULIE A. MERSCH              HARPER LAW GROUP

_____            _____
Julie A. Mersch, Esq.                       James E. Harper, Esq.
Nevada Bar No. 004695                       Nevada Bar No. 009822
701 S. 7th Street                           1935 Village Center Circle
Las Vegas, Nevada 89101                     Las Vegas, NV 89134
*Attorneys for Plaintiff*                   *Attorney for Defendant*

### ORDER

Upon stipulation of the parties, the Plaintiff MARGARET LEE'S first cause of action for breach of contract, and Plaintiff MARGARET LEE'S and PLAINTIFF LINDA THOMPSON'S second cause of action for breach of the duty of good faith and fair dealing (common law bad faith) and third cause of action for violations of the Nevada Unfair Trade Practices Act alleged in the Amended Complaint filed in the above-entitled case are hereby dismissed with prejudice; each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated this 23 day of November 2015.

_____
UNITED STATES COURT JUDGE

2