JAMES E. HARPER, ESQ.
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.:    (702) 948-9240
Fax:   (702) 778-6600
E-Mail:      eservice@harperlawlv.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET LEE and LINDA THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-2197-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, MARGARET LEE, by and through her counsel of record, CRAIG P. KENNY & ASSOCIATES and the LAW OFFICE OF JULIE A. MERSCH, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW GROUP, that all claims in this matter be

///

1

dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 17 day of December 2015.     DATED this 17th day of December 2015.

CRAIG P. KENNY & ASSOCIATES              HARPER LAW GROUP

_____              _____
Leon Symanski, Esq.                      James E. Harper, Esq.
Nevada Bar No. 008686                    Nevada Bar No. 009822
501 S. Eighth Street                     1935 Village Center Circle
Las Vegas NV 89101                       Las Vegas, NV 89134
*Attorneys for Plaintiff*                *Attorney for Defendant*

## ORDER

Upon stipulation of the parties, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Amended Complaint filed in the above-entitled case is hereby dismissed with prejudice; each party to bear their own costs and fees.

IT IS SO ORDERED this 18 day of December 2015.

_____
UNITED STATES COURT JUDGE

2